IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

KATHERINE M. RENO,                )
                                  )
    Plaintiff,                   )
                                  )
v.                                )    CASE NO. CV420-070
                                  )
KILOLO KIJAKAZI, Acting           )
Commissioner of Social            )
Security,                         )
                                  )
    Defendant.                   )
_____)

O R D E R

Before the Court is the Magistrate Judge's September 1, 2021, Report and Recommendation (Doc. 16), to which Plaintiff has not filed objections. After careful consideration of the record,[1] the report and recommendation is **ADOPTED** as the Court's opinion in this case. (Doc. 16.) The Acting Commissioner's final decision is **AFFIRMED**. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

SO ORDERED this 20th day of September 2021.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] The Court reviews de novo a magistrate judge's findings to which a plaintiff has filed an objection; the Court reviews the portions of a report and recommendation to which no objection is made for clear error. Merchant v. Nationwide Recovery Serv., Inc., 440 F. Supp. 3d 1369, 1371 (N.D. Ga. 2020) (citing Macort v. Prem, Inc., 208 F. App'x 781, 784 (11th Cir. 2006) (per curiam) (outlining the standard of review for report and recommendations)).